AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BENJAMIN CUMMINGS,        )<br>        Plaintiff,        )<br>                               )<br>    v.        )<br>                               )<br>LENOIR COUNTY, et al.,        )<br>        Defendants.        ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:07-CV-23-F** |

\_\_\_\_    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X    **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that this action is hereby DISMISSED, and the Clerk of Court is ORDERED to close this case.


    THE ABOVE JUDGMENT WAS ENTERED TODAY, **September 19, 2008**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Benjamin Cummings
1101 B. Nicklaus Dr.
Greenville, NC 27834


| | |
|---|---|
| September 19, 2008 | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | /s/ Susan K. Enyart |
| *Wilmington, North Carolina* | *(By) Deputy Clerk* |